**William Ira JENKINS, Petitioner, v. Dr. O. H. COX, Warden, United States Medical Center.**

**No. 12556.**

Circuit Court of Appeals, Eighth Circuit.

March 6, 1943.

Louren G. Davidson, of Springfield, Mo., for petitioner.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for respondent.

PER CURIAM.

Petition for writ of mandamus dismissed for lack of jurisdiction to grant relief sought.